# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2005

_____

| | | |
|---|---|---|
| Gaither E. Nichols, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Jefferson County Jail; Jefferson | * | |
| County Sheriffs Department, | * | |
| | * | |
| Defendants, | * | Appeal from the United States |
| | * | District Court for the |
| Stephen D. Crawford, Dr., | * | Eastern District of Missouri. |
| | * | |
| Appellee, | * | |
| | * | [UNPUBLISHED] |
| Linda Unknown, Nurse; Unknown | * | |
| Holman, Sgt.; Unknown Stevens, Lt.; | * | |
| Unknown Young, Cpl.; Unknown | * | |
| Mercer, Cpl.; Unknown Lockwood, | * | |
| Cpl.; Unknown Gunnett, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted:  December 7, 2001
Filed:  December 14, 2001

_____

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Gaither Eugene Nichols, a former pretrial detainee, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against jail doctor Stephen D. Crawford. In his second amended complaint, Nichols claimed that during his April to September 1998 detention, Crawford violated his constitutional rights by not adequately responding to Nichols's repeated complaints of shoulder pain. After de novo review of the record, see Christopher v. Adam's Mark Hotels, 137 F.3d 1069, 1071 (8th Cir.), cert. denied, 525 U.S. 821 (1998), we agree with the district court that Crawford's conservative course of treatment did not demonstrate deliberate indifference to Nichols's serious medical need, see Bellecourt v. United States, 994 F.2d 427, 431 (8th Cir. 1993), cert. denied, 510 U.S. 1909 (1994); Davis v. Hall, 992 F.2d 151, 153 (8th Cir. 1993) (per curiam).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.